RANDY BOND, Appellant-Respondent, v DANIEL GIEBEL et al., Defendants. PROGRESSIVE INSURANCE COMPANY, Proposed Intervenor-Respondent-Appellant. (And Another Action.)

Submitted January 28, 2013; decided April 2, 2013

On the Court's own motion, appeal dismissed, without costs,

upon the ground that the order appealed from does not grant a new trial or hearing within the meaning of CPLR 5601 (c) (*see* Arthur Karger, Powers of the New York Court of Appeals § 8:3 at 258 [3d ed rev]). Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.